IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | § § § | |
| Plaintiff, | § § | Case No:1:21-cv-2036 |
| vs. | § § | PATENT CASE |
| TRACKIMO, INC., | § § § | |
| Defendant. | § § | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" or "SPIS") and TRACKIMO, Inc. ("Defendant" or "TRACKIMO") jointly file this Stipulation of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). According to Rule 41(a)(1)(A)(ii), an action may be dismissed by the plaintiff if a stipulation of dismissal is signed by all parties who have appeared. Accordingly, SPIS and TRACKIMO hereby voluntarily dismiss this action, without prejudice, pursuant to Rule 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

Dated: April 26, 2021

Respectfully submitted,

JAY JOHNSON
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEY FOR PLAINTIFF**

_[signature]_
SAUL BIENENFELD
BIENENFELD LAW
680 Central Ave.
Cedarhurst, New York 11516
(212) 363-7701
saul@bienenfeldlaw.com

**ATTORNEY FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

_/s/ Jay Johnson_
**Jay Johnson**